IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT COPE,<br>　　　Plaintiff, | CIVIL ACTION NO. 3:15-cv-1876 |
| v. | (Mariani, J) |
| JOHN WETZEL, et al.,<br>　　　Defendants. | (Saporito, M.J.) |

## ORDER

AND NOW, this 30th day of November, 2015, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 16), is DENIED WITHOUT PREJUDICE.

It is further ORDERED that the warden of SCI-Retreat shall provide plaintiff with reasonable library privileges in order to prosecute this case.

The Clerk of Court is directed to provide a copy of this Order to the Warden at SCI-Retreat.

　　　　　　　　　　　　　　　　　　　/s/ Joseph F. Saporito, Jr.
　　　　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

FILED
WILKES BARRE

NOV 3 0 2015

Per _____ MS _____