IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT COPE,<br>    Plaintiff, | CIVIL ACTION NO. 3:15-cv-1876 |
| v. | (Mariani, J) |
| JOHN WETZEL, et al.,<br>    Defendants. | (Saporito, M.J.) |

FILED
WILKES BARRE
MAY 1 9 2016

## ORDER

Per _____ ms _____

AND NOW, this 19th day of May, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion for reconsideration for appointment of counsel (Doc. 32) construed as a renewed motion to appoint counsel, is DENIED WITHOUT PREJUDICE.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge