# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT COPE,

        Plaintiff,

v.                                  3:15-CV-01876
                                    (JUDGE MARIANI)

LT. REEDY P., et al,

        Defendants.

## ORDER

**AND NOW, THIS** _____ **DAY OF OCTOBER, 2017**, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 68) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 68) is **ADOPTED IN PART AND OVERRULED IN PART**.

2. For the reasons set forth in the R&R, Plaintiff's Fourteenth Amendment claim is **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim upon which relief can be granted.

3. Defendants' Motion for Summary Judgment (Doc. 52) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. For the reasons set forth in the R&R, Defendants' motion for summary judgment is **GRANTED** with respect to Plaintiff's state law negligence claim.

b. For the reasons set forth in the R&R, Defendants' motion for summary judgment with respect to Plaintiff's Eighth Amendment claim is **GRANTED** as to Defendants Wetzel, Delbalso, Reedy, and Geisinger.

c. For the reasons set forth in the Court's accompanying memorandum opinion, Defendants' motion for summary judgment with respect to Plaintiff's Eighth Amendment claim is **GRANTED** as to Defendants Wintersteen, Martin, Ciocca, and Toluba.

d. For the reasons set forth in the R&R and this Court's accompanying memorandum opinion, Defendants' motion for summary judgment with respect to Plaintiff's Eighth Amendment claim is **DENIED** as to Defendant Kosakowski.

4. Judgment is hereby entered **IN FAVOR OF** Defendants Wetzel, Delbalso, Reedy, Geisinger, Wintersteen, Martin, Ciocca, and Toluba and **AGAINST** Plaintiff Cope on all counts.

5. Judgment is hereby entered **IN FAVOR OF** Defendant Kosakowski and **AGAINST** Plaintiff Cope on Plaintiff's Fourteenth Amendment and state law negligence claims.

6. The case is **REMANDED** to Magistrate Judge Saporito for purposes of determining whether the parties will consent to his jurisdiction to conduct the trial in this matter.

Robert D. Mariani
United States District Judge