IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT COPE,

    Plaintiff,

v.

LT. REEDY P., et al,

    Defendants.

3:15-CV-01876
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF SEPTEMBER, 2018, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Kosakowski's Motion to Dismiss Plaintiff's Claim due to Failure to Prosecute (Doc. 77) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

3. The trial in this matter, scheduled to commence October 9, 2018, is **CANCELLED**.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

5. The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address set forth on the docket sheet.

/s/ Robert D. Mariani
United States District Judge